I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-12-13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 12 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN L. BROWN | Case No. EDCV 12-1479-SVW (JPR) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| vs. | |
| L. McGREW, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On April 5, 2013, Petitioner filed objections to the Report and Recommendation, in which he simply reargues portions of the Petition and reply. Having determined de novo those portions of the Report and Recommendation to which Petitioner objected, the Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied and this action is dismissed with prejudice.

DATED: 12/9/13

STEPHEN V. WILSON
U.S. DISTRICT JUDGE