I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-12-13

DEPUTY CLERK

JS-6/Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN L. BROWN,<br><br>    Petitioner,<br><br>    vs.<br><br>L. McGREW, Warden,<br><br>    Respondent. | Case No. EDCV 12-1479-SVW (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 12/9/13

STEPHEN V. WILSON
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY